THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y.— Motion for leave to prosecute appeal on typewritten record granted; otherwise application denied. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES STEELE v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y.— Motion for leave to appeal denied.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CASCADE AUTOMATIC SPRINKLER CORPORATION, Appellant, v. THE STATE OF NEW YORK, Respondent.   (Claim No. 22060.) — Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.  [See 247 App. Div. 226; post, 922.]

H. P. HUMPHREY, as Executor, etc., of ZAROOKE KASPARIAN, Deceased, Appellant, v. COMMERCE INSURANCE COMPANY OF GLENS FALLS, NEW YORK, Respondent, and WILLIAM VOELLM, Defendant.— Motion to amend the decision and the order entered thereon denied, with ten dollars costs.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

RAQUETTE FALLS LAND COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.   (Claim No. 18742.)— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LENA SCHNEIDER, Appellant, Respondent, v. HARRY SANDLER and Another, Respondents, Appellants, and LOUIS PERL and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of McNEEL MARBLE COMPANY, Petitioner, for a Certiorari Order against MARK GRAVES and Others, as and Constituting The State Tax Commission, Respondents.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of Proving the Will of SAMUEL EDDY MAURAN, Deceased, as a Will of Real and Personal Property.   ARTHUR W. JOHNSON and CHARLES K. BURT, Proponents, Appellants-Respondents.   ELIZABETH L. BETTON and ARTHUR BETTON, Contestants, Respondents-Appellants.— Motion to resettle decision and order entered thereon denied, with ten dollars costs to the answering parties, payable out of the estate.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WINTHROP W. BRADY, Petitioner, Respondent, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, WILLIAM GORHAM RICE and Others, Civil Service Commissioners of the State of New York, and MORRIS S. TREMAINE, Comptroller of the State of New York, Appellants.— Motion for reargument granted.  [See ante, p. 641.]   Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

HELEN L. AMSDEN, Respondent, v. WASHINGTON BRIDGE EXPRESS LINES, INC., Appellant.   JOHN J. AMSDEN, Respondent, v. HARRY J. ROEDER, Respondent, and WASHINGTON BRIDGE EXPRESS LINES, INC., Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.